UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    CASE NO. 2:05-CV-73719

    Plaintiff,

    Honorable Paul D. Borman

v.

MICHIGAN SEAMLESS TUBE,

    Defendant.
_____/

## **ORDER**

    This Court, having reviewed the Equal Employment Opportunity Commission's Motion for Approval of Settlement Distribution Process and the proposed Notice of Distribution, hereby approves the proposed settlement distribution and notice.

IT IS SO ORDERED:

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 12, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2007.

    s/Denise Goodine
    Case Manager