UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

     Plaintiff,

CASE NO. 2:05-CV-73719

Honorable Paul D. Borman

v.

MICHIGAN SEAMLESS TUBE,

Defendant.
_____/

# FINAL ORDER ON DISTRIBUTION

This Court previously granted the Equal Employment Opportunity Commission's Motion for Approval of Settlement Distribution Process filed on July 2, 2007, along with the proposed Notice of Distribution.

The Notice of Distribution provided that any objections to the proposed distribution of settlement funds be filed by August 17, 2007. With no objections having been filed with the court, Plaintiff's proposed distribution is hereby declared final for distribution of the settlement fund to the Class Members, pursuant to paragraph 5a of the Consent Decree entered on June 5, 2007.

IT IS SO ORDERED:

                                         s/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: September 12, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 12, 2007.

s/Denise Goodine
Case Manager
